## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM DALE CARTER,

      Petitioner,

  -vs-

ILLINOIS PRISONER REVIEW BOARD,

      Respondent.                     No. 13-cv-818-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on August 18, 2015 (Doc. 23), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.**

                    JUSTINE FLANAGAN,
                    ACTING CLERK OF COURT

                    BY:  s/*Caitlin Fischer*
                            Deputy Clerk

**DATED:** August 19, 2015

Digitally signed by
David R. Herndon
Date: 2015.08.19
09:21:53 -05'00'

**APPROVED:**
      **U.S. DISTRICT JUDGE**
      **U. S. DISTRICT COURT**